UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-62231

| | |
|---|---|
| HEALTH BUSINESS SOLUTIONS, LLC, a Florida limited liability company<br>Plaintiff,<br>v.<br><br>INSIGHT CHICAGO, INC., a Foreign Profit Corporation,<br>Defendant. | Removed From: 17th Judicial Circuit in and for Broward County, Florida, Case No.: CACE-25-014728 |

### DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Insight Chicago, Inc. ("Insight"), makes the following disclosure(s).

1. Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure Insight hereby states that:

   **Insight has no parent corporation and that no publicly held corporation owns 10% or more of its stock.**

2. Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure Insight hereby names and identifies the citizenship of the following entities whose citizenship is attributed to Insight:

   **Insight Chicago, Inc. is a not-for-profit corporation that is incorporated in Illinois and has its principal place of business in Chicago, Illinois**

Dated: November 5, 2025

                                             */s/ George S. LeMieux*
                                             George S. LeMieux, Esq.
                                             Florida Bar No. 16403

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954-468-1383

George S. LeMieux, Esq.
Florida Bar No. 16403
glemieux@gunster.com
eservice@gunster.com
mzayas@gunster.com
Lauren A. Marcil
Florida Bar No.: 1002832
lshumate@gunster.com

CLANCY ADVISORS, PLC
Saura J. Sahu (pro hac vice pending)
2723 S. State Street, Suite 150
Ann Arbor MI 48104
(c) 310-849-1395
sahu@clancyadvisors.com
www.clancyadvisors.com

*Attorneys for Defendant, Insight Chicago, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 5, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                */s/ George S. LeMieux*
                                                George S. LeMieux, Esq.