UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62231-AHS

| | |
|---|---|
| HEALTH BUSINESS SOLUTIONS, LLC, a Florida limited liability company<br>Plaintiff,<br>v.<br><br>INSIGHT CHICAGO, INC., a Foreign Profit Corporation,<br>Defendant. | Removed From: 17th Judicial Circuit in and for Broward County, Florida,<br>Case No.: CACE-25-014728 |

### DEFENDANT'S SUPPLEMENTAL STATEMENT OF JURISDICATION

Pursuant to this Court's Order, dated November 5, 2025 (D.E. 5), Defendant, Insight Chicago, Inc. ("Insight") hereby submits its Supplemental Statement of Jurisdiction, and states:

1. On November 4, 2025, Defendant filed its Notice of Removal alleging diversity of citizenship. (D.E. 1).

2. On November 5, 2025, this Court entered an Order requiring Defendant to file a supplemental statement of jurisdiction, specifically identifying the citizenship of each of Plaintiff, Health Business Solutions, LLC's members.

3. As alleged in Plaintiff's Complaint and in Defendant's Notice of Removal, Plaintiff, Health Business Solutions, LLC ("HBS") is a Florida limited liability company, with its principal place of business in Broward County, Florida. *See* D.E. 1, ¶ 19, Ex. A, Compl. ¶ 2.

ACTIVE:38759746.1

4. According to the Florida Division of Corporations' website, HBS has a single managing member—Ray T. Berry—who's address is 10620 Griffin Road, Suite 204, Cooper City, Florida 33328.

5. Further, the Articles of Organization for HBS filed on August 16, 2002, identify Ray Berry as the "sole Manager of the Company." A copy of the Articles of Organization for HBS are attached hereto as **Exhibit A**. The 2025 Florida Limited Liability Company Annual Report, filed March 13, 2025, lists only Ray T. Berry as the managing member and authorized person, attached hereto as **Exhibit B**.

6. No other member is listed on Florida's Division of Corporations website for HSB. A copy of the Sunbiz Report is attached as **Exhibit C**.

7. Plaintiff's Initial Discovery Disclosures only listed "Ray Berry" and "Ali Madha" as "individuals likely to have discoverable information." *See* D.E. 1, Ex. A, Plaintiff's Initial Discovery Disclosures, ¶ 1. Ali Madha is the Chief Operating Officer for Defendant. Thus, Ray Berry is the only person Plaintiff lists who is associated with, much less, a member of HBS.

8. Based upon the Florida Division of Corporations' records, including HBS's Articles of Incorporation and most recent Annual Report, HBS appears to have a single member—Ray T. Berry—who is domiciled in Florida.

9. Defendant is not aware of any other members of HBS.

10. Accordingly, both HBS and its single member are citizens of Florida.

11. As set forth in Defendant's Notice of Removal (D.E. 1) and Defendant's Corporate Disclosure Statement (D.E. 6), Insight Chicago, Inc. is a not-for-profit company, incorporated under the laws of Illinois, and has its principal place of business in Chicago, Illinois.

12. Therefore, there is complete diversity of citizenship.

Dated: November 7, 2025

/s/ *George S. LeMieux*
George S. LeMieux, Esq.
Florida Bar No. 16403

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954-468-1383

George S. LeMieux, Esq.
Florida Bar No. 16403
glemieux@gunster.com
eservice@gunster.com
mzayas@gunster.com
Lauren A. Marcil
Florida Bar No.: 1002832
lshumate@gunster.com

CLANCY ADVISORS, PLC
Saura J. Sahu (pro hac vice pending)
2723 S. State Street, Suite 150
Ann Arbor MI 48104
Telephone: (734) 780-7595
sahu@clancyadvisors.com
www.clancyadvisors.com

*Attorneys for Defendant, Insight Chicago, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 7, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *George S. LeMieux*
George S. LeMieux, Esq.