UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62231-AHS

HEALTH BUSINESS SOLUTIONS, LLC, a
Florida limited liability company
Plaintiff,
v.

INSIGHT CHICAGO, INC., a Foreign Profit
Corporation,
Defendant.

Removed From: 17th Judicial Circuit
in and for Broward County, Florida,
Case No.: CACE-25-014728

**DEFENDANT'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Insight Chicago, Inc., ("Insight" or "Defendant"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby files its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and states:

1. On September 29, 2025, Plaintiff filed a complaint (the "Complaint") in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, bearing case number CACE-25-014728 (the "State Court Action").

2. Plaintiff served Defendant with the Summons and Complaint on October 6, 2025.

3. Pursuant to 28 U.S.C. § 1446(b)(1), Defendant timely filed its Notice of Removal within 30 days after receipt of the Complaint by service.

4. Prior to Defendant filing its Notice of Removal, Plaintiffs moved for entry of a Clerk's default on October 28, 2025. A Clerk's Default was entered on November 3, 2025.

5. The undersigned were just retained this week on November 3, 2025.

ACTIVE:38767833.1

6. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(c), Defendant's response to the Complaint is currently due on November 12, 2025.[1]

7. Defendant respectfully request a fourteen (14) day extension of time to respond to Plaintiff's Complaint, up through and including November 26, 2025.

8. Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b). Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice. *See, e.g., Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

9. The extension of time is necessary as Defendant and the undersigned are still in the process of reviewing and investigating the allegations in the Complaint, and need additional time to prepare a response to the Complaint.

10. Based on the foregoing, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant has demonstrated good cause to extend the time to respond to Plaintiff's Complaint. Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

11. Defendant's counsel conferred with Plaintiff's counsel with respect to the relief sought in this Motion. Plaintiff's counsel agreed to the extension, up to and including November 26, 2025.

12. Pursuant to Local Rule 7.1(a)(2), a proposed order granting the instant unopposed Motion is attached hereto.

---

[1] Defendant filed its Notice of Removal on November 4, 2025. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(c), Defendant's response to the Complaint would be due on November 11, 2025, which is a legal holiday, and therefore, the response is due the next day that is not a Saturday, Sunday, or legal holiday—November 12, 2025. *See* Fed. R. Civ. P. 6(a)(1)(C).

WHEREFORE, Defendant respectfully requests the Court to enter an Order granting the extension of time for Defendant to respond to Plaintiff's Complaint, up to and including November 26, 2025.

**CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Lauren Marcil and I, counsel for Defendant, conferred with Plaintiff's Counsel regarding the relief requested herein. Plaintiff's counsel does not oppose the requested extension of time, until November 26, 2025, to respond to Plaintiff's Complaint.

Dated: November 7, 2025

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954-468-1383

By: /s/ *George S. LeMieux*
George S. Lemieux (Florida Bar No.: 16403)
glemieux@gunster.com
eservice@gunster.com
mzayas@gunster.com
Lauren A. Marcil (Florida Bar No.: 1002832)
lshumate@gunster.com

CLANCY ADVISORS, PLC
Saura J. Sahu (pro hac vice pending)
2723 S. State Street, Suite 150
Ann Arbor MI 48104
Telephone: (734) 780-7595
sahu@clancyadvisors.com
www.clancyadvisors.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and a copy thereof has been furnished by email to the following recipients:

OLIVE JUDD, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Phone: (954) 334-2250
Fax: (954) 334-2259
Benjamine E. Olive, Esq.
bolive@olivejudd.com
James M. Buis, Esq.
jbuis@olivejudd.com
Evan Thomas, Esq.
ethomas@olivejudd.com
*Attorneys for Plaintiff, Health Business Solutions, LLC*

                                              By: /s/ *George S. LeMieux*
                                                        George S. LeMieux