UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-62231-AHS

HEALTH BUSINESS SOLUTIONS, LLC, a Florida limited liability company
Plaintiff,
v.

INSIGHT CHICAGO, INC., a Foreign Profit Corporation,
Defendant.

Removed From: 17th Judicial Circuit in and for Broward County, Florida,
Case No.: CACE-25-014728

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's Order, dated November 5, 2025, requiring Certificate of Interested Persons, Defendant, Insight Chicago, Inc. ("Insight"), hereby submits its Certificate of Interested Persons:

1. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome of this case:

   - **Health Business Solutions, LLC (Plaintiff)**
   - **Olive Judd, P.A. (Counsel for Plaintiff)**
   - **Benjamine E. Olive, Esq. (Counsel for Plaintiff)**
   - **James M. Buis, Esq. (Counsel for Plaintiff)**
   - **Evan Thomas, Esq. (Counsel for Plaintiff)**
   - **Insight Chicago, Inc. (Defendant)**
   - **Gunster, Yoakley & Stewart, P.A. (Counsel for Defendant)**

ACTIVE:38759576.1

- **George S. LeMieux, Esq. (Counsel for Defendant)**
- **Lauren A. Marcil, Esq. (Counsel for Defendant)**
- **Saura J. Sahu, Esq. (Counsel for Defendant)**

Dated: November 7, 2025

/s/ George S. LeMieux
George S. LeMieux, Esq.
Florida Bar No. 16403

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954-468-1383

George S. LeMieux, Esq.
Florida Bar No. 16403
glemieux@gunster.com
eservice@gunster.com
mzayas@gunster.com
Lauren A. Marcil
Florida Bar No.: 1002832
lshumate@gunster.com

CLANCY ADVISORS, PLC
Saura J. Sahu (pro hac vice pending)
2723 S. State Street, Suite 150
Ann Arbor MI 48104
Telephone: (734) 780-7595
sahu@clancyadvisors.com
www.clancyadvisors.com

*Attorneys for Defendant, Insight Chicago, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on November 7, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ George S. LeMieux
George S. LeMieux, Esq.