# EXHIBIT "B"

 

April 19, 2023

Mrs. Robin Cole
Delegated Official
Insight Hospital and Medical Center Chicago
4800 S. Saginaw Street
Flint, MI 48507

**PROVIDER:** 14-0158
**SUBJECT:** PIP CRITERIA - TIMELY AND ACCURATE SUBMISSION OF PIP CLAIMS

Dear Mrs. Cole:

A review of your facility's claim submission was performed in conjunction with your Periodic Interim Payment (PIP) review. In accordance with the Claims Processing Manual, Pub 100-04, chapter 1, section 80.4, the requirements to remain eligible for payment under the PIP methodology state:

> To remain on PIP, providers must submit <u>85 percent of their bills timely and accurately</u>. Timely and accurately means that 85 percent of its bills are submitted within 30 days of discharge <u>and</u> pass front-end edits for consistency and completeness. A bill is not considered received unless it can pass Medicare Administrative Contractor (MAC) edits.

Our review found that in the most recent three months, your average for claims submitted within 30 days of discharge *and* passing the MAC's front-end edits is only 56.60%.

We are requesting that you submit to us a corrective action plan detailing what steps your facility is taking to come into compliance with this requirement. Please respond within 30 days of our letter. Failure to respond will result in us recommending to CMS discontinuation of payment under the PIP methodology for your facility.

If you have any questions, please contact Jonathan Smith at jonathan.smith@elevancehealth.com

Sincerely,

*Jonathan Smith*

Jonathan Smith, Lead Medicare Auditor
Medicare Audit & Reimbursement

P.O. Box 7040 | Indianapolis, IN 46207-7040 | www.ngsmedicare.com

28004
4/22/22

**Confidentiality Notice:** This email and any attachments may contain confidential and legally protected health information. It is intended only for the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any review, use, disclosure, duplication, or distribution of this message is strictly prohibited. Authorized recipients are required to maintain the confidentiality of the information in accordance with applicable laws, including HIPAA, and to delete it once it is no longer needed. If you received message in error, please inform the sender immediately and permanently delete it from your system.

Confidentiality Notice: This email and any attachments may contain confidential and legally protected health information. It is intended only for the individual or entity to whom it is address If you are not the intended recipient, you are hereby notified that any review, use, disclosure, duplication, or distribution of this message is strictly prohibited. Authorized recipients are req to maintain the confidentiality of the information in accordance with applicable laws, including HIPAA, and to delete it once it is no longer needed. If you received this message in error, ple inform the sender immediately and permanently delete it from your system.

 

January 16, 2024

Mrs. Robin Cole
Delegated Official
Insight Hospital and Medical Center Chicago
4800 S. Saginaw Street
Flint, MI 48507

**PROVIDER:**  14-0158
**SUBJECT:**  **PIP CRITERIA - TIMELY AND ACCURATE SUBMISSION OF PIP CLAIMS**

Dear Mrs. Cole:

A review of your facility's claim submission was performed in conjunction with your Periodic Interim Payment (PIP) review.  In accordance with the Claims Processing Manual, Pub 100-04, chapter 1, section 80.4, the requirements to remain eligible for payment under the PIP methodology state:

> To remain on PIP, providers must submit <u>85 percent of their bills timely and accurately</u>. Timely and accurately means that 85 percent of its bills are submitted within 30 days of discharge <u>and</u> pass front-end edits for consistency and completeness. A bill is not considered received unless it can pass Medicare Administrative Contractor (MAC) edits.

Our review found that in the most recent three months, your average for claims submitted within 30 days of discharge *and* passing the MAC's front-end edits is only 44.20%.

We are requesting that you submit to us a corrective action plan detailing what steps your facility is taking to come into compliance with this requirement.  Please respond within 30 days of our letter.  Failure to respond will result in us recommending to CMS discontinuation of payment under the PIP methodology for your facility.

If you have any questions, please contact Jonathan Smith at jonathan.smith@elevancehealth.com

Sincerely,

*Jonathan Smith*

Jonathan Smith, Lead Medicare Auditor
Medicare Audit & Reimbursement



January 22, 2025

Mrs. Robin Cole
Delegated Official
Insight Hospital and Medical Center Chicago
4800 S. Saginaw Street
Flint, MI 48507

**PROVIDER:** 14-0158
**SUBJECT:** PIP CRITERIA - TIMELY AND ACCURATE SUBMISSION OF PIP CLAIMS

Dear Mrs. Cole,

A review of your facility's claim submission was performed in conjunction with your Periodic Interim Payment (PIP) review. In accordance with the Claims Processing Manual, Pub 100-04, chapter 1, section 80.4, the requirements to remain eligible for payment under the PIP methodology state:

> To remain on PIP, providers must submit <u>85 percent of their bills timely and accurately</u>. Timely and accurately means that 85 percent of its bills are submitted within 30 days of discharge <u>and</u> pass front-end edits for consistency and completeness. A bill is not considered received unless it can pass Medicare Administrative Contractor (MAC) edits.

Our review found that in the most recent three months, your average for claims submitted within 30 days of discharge *and* passing the MAC's front-end edits is only 68.30%.

We are requesting that you submit to us a corrective action plan detailing what steps your facility is taking to come into compliance with this requirement. Please respond within 30 days of our letter. Failure to respond will result in us recommending to CMS discontinuation of payment under the PIP methodology for your facility.

If you have any questions, please contact Jonathan Smith at jonathan.smith@elevancehealth.com

Sincerely,

*Jonathan Smith*

Jonathan Smith, Lead Medicare Auditor
Medicare Audit & Reimbursement

P.O. Box 7040  |  Indianapolis, IN 46207-7040  |  www.ngsmedicare.com

28004
4/22/22