

**Health Business Solutions**
*Experience. The Difference.*

# FULL REVENUE CYCLE MANAGEMENT

**Prepared for:**

**Insight Chicago**

# INTRODUCTION

## Health Business Solutions (HBS)

Health Business Solutions (HBS) is a national, full-service Revenue Cycle Performance Improvement company. Our full range of integrated services focuses on strategy, operational, clinical, and financial improvement. Given our large geographic presence and flexible, multidisciplinary team approach, we can deliver customized services efficiently and effectively.

Our proprietary Key Metrics software suite integrates financial, clinical, and administrative information. Distributing this data enterprise wide for timely analysis and immediate decision making allows stakeholders to positively impact future performance. We believe that providing quick access to critical data along with our customized integrated services will help ensure your facility meets its financial objectives.

HBS' approach focuses on improving organizational processes by assessing root causes and implementing process improvement initiatives. Our Revenue Cycle expertise is comprised of Patient Access, Patient Accounting, Denial Management, and Case Management/Utilization Review Services. This expertise, coupled with our focus on root cause analysis, allows us to implement proven strategies that assist facilities in enhancing and achieving improved financial performance.

## Transitional Outsourcing

The goal of every HBS engagement is to build a customized and sustainable Revenue Cycle Program for each facility within the contracted timeframe. We build project teams that create standard processes, procedure manuals, and implement leading practice initiatives to address all revenue cycle improvement opportunities.

To accomplish these goals, HBS selects trained and certified professionals, skilled in clinical, operational and financial management services. We can place teams of professionals both onsite at a facility and/or in one of our regional locations (MI or FL). At the conclusion of our engagements, HBS transitions all processes, manuals, and even onsite personnel to a facility, as requested, for direct employment.

The following proposal outlines the scope of work for a Revenue Cycle transitional outsource model (the "Project") at Insight Chicago ("Hospital"). The scope of the Project will include management and staffing for the following functions: registration, billing, collections, cash posting, credits management, and self-pay. After initial assessment, additional scope of services such as Medicaid Eligibility, Third Party Entitlement Services, Revenue Integrity, and Coding may be included. The goal of the Project is to optimize operational workflows, increase cash collections, and decrease outstanding AR.

This proposal is based upon the information provided through observations and organizational wishes. HBS reserves the right to modify this proposal should the information provided by Client be altered such that its meaning and/or outcome are redefined by this modification.

## HIPAA Compliance

As a HIPAA business associate, HBS is committed to protecting the privacy and security of all applicable information. HBS employees are required to participate in an intensive annual HIPAA training program and must sign a certification form attesting to their compliance with policies and procedures. We help achieve your goals while maintaining strict compliance with the laws and regulations governing the healthcare industry.

## STATEMENT OF WORK

### Project Scope

HBS will perform Patient Access, Mid-Cycle, Billing, Cash Posting, Correspondence, Denials Mitigation and Management, AR Collections, and Vendor Management services. Throughout our engagement, we will partner with and provide feedback to Insight Leadership on the agreed upon efforts until the transition to an inhouse model, if determined appropriate.

The scope includes establishing a dedicated project team and operational plan, leveraging existing technology, improving documentation, and establishing effective communication practices with inter-department teams, vendors, and Payors. HBS will make every effort to increase cash collection and will establish an operational feedback loop to mitigate loses during this transition of services.

### Project Structure and Personnel

The HBS team will require close partnership with the Insight's Chicago team and key stakeholders from related departments to achieve stated objectives. Insight Chicago will provide access to and training for applicable systems and Insight Chicago specific Human Resources and facility policies for HBS staff to adhere to.

A successful HBS project is contingent upon leadership buy-in, developing a clear chain of command, eliminating barriers to implementation, engaging with operational staff. HBS and our partners are most successful when we are directly engaged with operators, working side-by-side with the team to execute together and hold each other accountable to follow-up items to advance initiatives and meet agreed-upon objectives.

HBS will have direct lines of communication with Insight Chicago executives who may help with addressing issues/barriers that may be preventing us from achieving desired outcomes. In the event that further operational support is necessary to overcome issues/barriers, HBS will escalate to leadership accordingly and is able to supply resources pending review and approval from client leadership.

Additionally, HBS team members will need direct access to relevant HBS teams, systems, and data. Timeliness in fulfilling reporting requests is critical to maintaining timelines and achieving milestones. HBS is committed to assist in the identification and escalation of issues and barriers. In return, expedient resolution of barriers is expected.

### Project Activities and Key Services

- Patient Access operations and Improvement (Insight)
  - Patient Access Director, Staffing and Management
  - Effective and quality Registration operations
  - Oversight over the following:
    - Scheduling
    - Financial Counseling
    - Medicaid Eligibility Vendor

Proprietary and Confidential

- Mid-Cycle oversight in the following areas (Insight):
  - Revenue Integrity
  - CDM
  - HIM
- Full Scale Patient Financial Services (HBS)
  - Billing
  - Insurance Collections
  - Cash Posting
  - Refunds
  - Follow-up/Denials Mitigation
  - Vendor Management including
    - Early Out
    - Bad Debt
    - Customer Service
- Staffing
  - AVP of Revenue Cycle (Insight)
  - PFS Director (HBS)
  - Contract Manager (HBS)
  - Onsite Reps (HBS)
- Other key staffing positions as needed and mutually agreed upon in writing
  - Data Analyst (HBS)
  - QA Reps (HBS)

## Key Deliverables / Project Milestones

Each initiative will begin with a process of validating the current state by incorporating information from a current state assessment and hospital ownership transition plan. Design, planning and implementation of workflows, processes, technical tools or communication methodologies will be completed in partnership with current Insight Chicago colleagues. Reporting will be provided to gauge success and identify new areas of opportunity.

HBS will provide interim leadership, clinical and revenue cycle subject matter expertise and management consulting processes to rebuild the Revenue Cycle into a high-functioning, efficient asset for the organization. HBS will achieve sustainable results and ensure accountability through detailed action plans and close collaboration with Insight Chicago representatives.  Below is a list of initiatives and deliverables.

- Assess current department structure with a focus on evaluation of colleague skill set, process flows, and technology
- Provide informed feedback to Insight Leadership including assessments of processes, standards, suggestions, and improvements
- Provide interim leadership and HBS colleagues to perform key functions
- Workflow redesign and implementation
  - Identification of barriers in achieving operational excellence
  - Identification of the root causes of denials and development of effective management plan and proactive approach to denial prevention
- Collaboration with revenue cycle leadership team and other departments in order to facilitate resolution of process issues

4                                   Proprietary and Confidential

- Provide decision support and analytics to identify new opportunities to continually improve metrics
- Leverage current systems and tools such as STAR in optimizing workflows and automation when possible

## Implementation Summary

The project will be structured around five phases. Individual timelines will be developed for each initiative outlined above to ensure comprehensive evaluation, planning and change management support of implemented processes.

- Phase 1: Assessment and validation of current state structure, processes, challenges, and technical optimization opportunities
- Phase 2: Redesign of colleague structure and key workflows to align with industry best practices. Planning and design of identified technical build and configuration optimizations in partnership with IT
- Phase 3: Implementation of redesigned structures, workflows, technical tools and accompanied change management practices to ensure successful adoption
- Phase 4: Identification of additional revenue cycle opportunities (e.g. Medicaid eligibility, Third Party entitlement services, Revenue Integrity, and Coding)
- Phase 5: Post-implementation stabilization support and continuous iteration to achieve intended outcomes and continue driving improvements

## Implementation Overview

- Kickoff call (HBS/Insight)
- Develop Organization Profile (HBS/Insight)
  - Key contacts
  - Systems information (HIM, Billing, Eligibility, Imaging, etc.)
- Select a dedicated on-site Project Manager, Supervisor, and work to transition all AR and Denial Recovery Specialists (HBS)
  - Current understanding vacancies. HBS will fill vacancies upon execution of this Agreement or when needed.
- Data needed by HBS (HBS/Insight)
  - 837 files (historical and current) 835 files (historical and current)
  - Daily transaction payments and adjustment files
  - Weekly Aged Trial Balance
  - Daily Placement file
  - Daily Denial files
  - Reconciliation Reports
  - Transaction Code mappings
  - Payer/Plan mapping
  - Patient Demographic file
  - All applicable Tax IDs & NPIs
  - Current Policies and Procedures
- System Access Needs (HBS/Insight)
  - Patient Accounting system
  - Billing Software
  - Utilization Management system
  - Managed Care Contracting Software
  - Benefit Verification Tools

5                                   Proprietary and Confidential

- o Payer Portal Access
- o Reports/ Reporting Tools and systems used for oversight and management & Frequency. Examples to include:
  - Denials
  - Pending Billing/DNFB
  - Other reports as mutually agreed to
- o Medical Records system
- o Media attachments
- o EOB images
- o HR System
- Agree upon transmission/communications processes, frequency, and protocols (HBS/Insight)

## Performance Metrics

After an initial assessment, Insight Chicago and HBS will use known revenue cycle metrics to define key metrics and set goals. Metric and goal-setting will be an iterative process to be agreed upon at the start of the project, then periodically after. To conduct the assessment, standard revenue cycle metrics from national organizations like HFMA and NAHAM will be used to gauge current performance.

## Fees and Payment

HBS will earn contingent fees based on recoveries as defined below and a monthly sum based on FTEs allocated to the project. Expenses incurred for onsite presence will also be invoiced including travel and lodging expenses, related to interim leadership travel to and from location where services are rendered.

### Interim Leadership and Staff
***See Attachment***

| Role | Monthly Fee |
|------|-------------|
|      |             |

### Contingent Fees

HBS shall provide Insight with AR denied, rejected, claim management Services for assigned accounts and Insight agrees to provide HBS accounts regardless if previously worked.

- Cost plus contract – monthly staffing invoice plus 1.75% of collections

### Denials/AR Collections

- All AR and denied claim recoveries (0-120 days aged from discharge) associated with the HBS team are subject to a 6.50% fee of payments received
- Accounts 120 – 280 days aged from discharge: 12.5% fee of payments received
- Accounts 280+ days aged from discharge: 20% fee of payments received
- Fees will decrease as Insight revenue increases

| Revenue | 0-120 | 120 - 280 | 280+ |
|---------|-------|-----------|------|
| <$10M | 6.50% | 12.50% | 20.00% |
| $10.1 - $15M | 6.00% | 12.00% | 19.50% |
| $15.1M - $20M | 5.50% | 11.50% | 19.00% |
| $20.1M+ | 5.00% | 11.00% | 18.00% |

- Insight and HBS acknowledge that some accounts require little or no effort for payment and others require significant effort and may result in no payment. Insight and HBS mutually agree that HBS will receive credit for payments, irrespective of the effort expended from the day they are placed with HBS
- All secondary payer claims shall be payable to HBS when denial on primary payer claim is resolved.

6                                    Proprietary and Confidential

## Signatures

| Hospital | | Health Business Solutions | |
|---|---|---|---|
| Signature: | *Ray Berry* | Signature: | |
| Name: | Ray Berry | Name: | Ali Madha |
| Title: | CEO | Title: | Chief Operating Officer |
| Date: | 12/3/21 | Date: | 11/30/2021 |

Proprietary and Confidential