**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-62231-CIV-SINGHAL

HEALTH BUSINESS SOLUTIONS, LLC,
a Florida limited liability company,

Plaintiff/Counter-Defendant

v.

INSIGHT CHICAGO, INC.,
an Illinois corporation.

Defendant/Counter-Plaintiff
_________________________________/

**HEALTH BUSINESS SOLUTIONS, LLC'S MOTION FOR EXTENSION OF TIME TO FILE THE JOINT SCHEDULING REPORT**

Health Business Services, LLC (hereinafter referred to as "HBS" or "Plaintiff"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an extension of time for the parties to file the Joint Scheduling Report as required by Local Rule 16.1 and Rule 26(f) of the Federal Rules of Civil Procedure, and in support thereof, states as follows:

On November 4, 2025, Defendant removed this case to the United States District Court for the Southern District of Florida. On November 26, 2025, Defendant filed its Answer and Counterclaim to Plaintiffs Complaint [ECF No. 13]. On December 1, 2025, the Court ordered the parties to submit a Joint Scheduling Report by December 22, 2025 [ECF No. 14] (the "Order"). In good faith, counsel for Plaintiff and Defendant conferred on three separate occasions including, December 4, 2025, December 9, 2025, and December 15, 2025, in compliance with the Order. Following the conferral meetings, Plaintiff filed two (2) dispositive motions that will affect the parties' ability to propose a schedule to this Court.

Good cause exists for this extension because the parties' ability to meaningfully confer on case scheduling and prepare a joint report is materially affected by pending threshold motions, including: (1) Plaintiff's Motion to Compel Arbitration and to Stay this Proceeding, filed on December 17, 2025 [ECF No. 16]; and (2) Plaintiff's Motion for Voluntary Dismissal under Fed. R. Civ. P. 41(a)(2) filed on December 17, 2025 [ECF No. 15]. The outcome of these pending motions will determine whether this action will proceed in this Court or whether this action will be compelled to arbitration. The resolution of these motions will determine the need for a scheduling order at all, and if so, the appropriate scope and timing of discovery and pretrial deadlines.

WHEREFORE, Plaintiff, Health Business Services, LLC, respectfully requests that the Court extend the deadline for the parties to submit the Joint Scheduling Report until 14 days after the Court rules on Plaintiff's pending motions or such other time as the Court deems appropriate.

Respectfully submitted,

**OLIVE JUDD, P.A.**
*Attorneys for Health Business Solutions, LLC*
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Phone: (954) 334-2250
Fax: (954) 334-2259

/s/ Benjamin E. Olive
Benjamin E. Olive, Esq.
Fla. Bar No.: 387983
bolive@olivejudd.com

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that on December 22, 2025, counsel for Plaintiff, HBS, conferred with counsel for Defendant, INSIGHT CHICAGO, INC. ("Insight"), via telephone, regarding the relief requested in this Motion. An agreement on the relief sought herein could not be reached.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on December 22, 2025, and served electronically via the Court's CM/ECF system on all attorneys of record.

**OLIVE JUDD, P.A.**
*Attorneys for Health Business Solutions, LLC*
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Phone: (954) 334-2250
Fax: (954) 334-2259

/s/ Benjamin E. Olive
Benjamin E. Olive, Esq.
bolive@olivejudd.com
Fla. Bar No.: 387983
Christian R. Leto, Esq.
Fla. Bar No.: 1048760
cleto@olivejudd.com
James M. Buis, Esq.
Fla. Bar No.: 1068447
jbuis@olivejudd.com