UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:25-cv-62231-AHS

| | |
|---|---|
| HEALTH BUSINESS SOLUTIONS, LLC, a Florida limited liability company<br>Plaintiff,<br>v.<br><br>INSIGHT CHICAGO, INC., a Foreign Profit Corporation,<br>Defendant. | Removed From: 17th Judicial Circuit in and for Broward County, Florida, Case No.: CACE-25-014728 |

**DEFENDANT'S DEMAND FOR JURY TRIAL UNDER 9 U.S.C. § 4**

Defendant, Insight Chicago, Inc. ("Insight"), pursuant to 9 U.S.C. § 4, hereby demands a trial by jury on the specific issues of:

1. The validity of the arbitration agreement: Whether a valid, written agreement to arbitrate exists between Insight and Plaintiff Health Business Solutions, LLC ("HBS");

2. The failure, neglect, or refusal to perform: Whether there has been a default in proceeding under such an agreement;

3. Waiver, estoppel, and other enforceability: Whether HBS has waived, is estopped, or is otherwise barred by its actual conduct from enforcing its right to arbitrate under any agreement between the parties.

Under Section 4 of the Federal Arbitration Act, "[i]f the making of the arbitration agreement or the failure, neglect, or refusal to perform the same be in issue, the court shall proceed summarily to the trial thereof." 9 U.S.C. § 4, Furthermore, "[w]here such an issue is raised, the party alleged

1

to be in default may . . . on or before the return day of the notice of application, demand a jury trial of such issue." *Id.*

Here, Insight contends that no valid agreement to arbitrate exists between the parties, Insight is not in default of any such agreement, and that HBS, through its conduct, has waived, is estopped, or is otherwise barred from enforcing its right to arbitrate under any such agreement. Accordingly, HBS hereby demands a jury trial on these threshold issues of arbitrability pursuant to 9 U.S.C. § 4.

Dated: December 31, 2025

*/s/ George S. LeMieux*
George S. LeMieux, Esq.
Florida Bar No. 16403

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: 954-468-1383

George S. LeMieux, Esq.
Florida Bar No. 16403
glemieux@gunster.com
eservice@gunster.com
mzayas@gunster.com
Lauren A. Marcil
Florida Bar No.: 1002832
lshumate@gunster.com

CLANCY ADVISORS, PLC
Saura J. Sahu (pro hac vice)
2723 S. State Street, Suite 150
Ann Arbor MI 48104
Telephone: 734-780-7595
sahu@clancyadvisors.com
www.clancyadvisors.com

*Attorneys for Defendant, Insight Chicago, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 31, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ George S. LeMieux*
George S. LeMieux, Esq.
