UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62231-CIV-SINGHAL

HEALTH BUSINESS SOLUTIONS, INC.,

    Plaintiff,

vs.

INSIGHT CHICAGO, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Extension of Time to File the Joint Scheduling Report. (DE [17]). After the Court ordered the parties to submit a Joint Scheduling Report, Plaintiff moved to voluntarily dismiss its claim and to compel arbitration of Defendants' Counterclaim. Plaintiff took the position that submitting a proposed pretrial schedule would be futile because of the dispositive nature of its motions. Defendant disagreed and timely submitted a unilateral scheduling report. (DE [18]). The Court agrees that the arbitration issues raised by Plaintiff should be resolved before the case is set for trial. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Extension of Time to File the Joint Scheduling Report (DE [17]) is **GRANTED.** The Court will direct the parties to submit a Joint Scheduling Report, if necessary, after it rules on Plaintiff's pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of January 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF