**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-62231-CIV-SINGHAL

HEALTH BUSINESS SOLUTIONS, LLC,
a Florida limited liability company,

       Plaintiff/Counter-Defendant

v.

INSIGHT CHICAGO, INC.,
an Illinois corporation.

       Defendant/Counter-Plaintiff

_____/

**NOTIFICATION OF 90 DAYS EXPIRING**

Health Business Solutions, LLC, by and through undersigned counsel, and pursuant to Local Rule 7.1.B.4, General Civil Case Filing Requirements, hereby files this Notification of 90 Days Expiring, and states:

1.     Plaintiff/Counter-Defendant's Motion for Voluntary Dismissal Without Prejudice [D.E. 15] has been pending and fully briefed with no hearing set for 90 days.

2.     Plaintiff/Counter-Defendant's Motion for Voluntary Dismissal Without Prejudice [D.E. 15] was filed on December 17, 2025.

3.     Defendant/Counter-Plaintiff, Insight Chicago Inc.'s Memorandum in Opposition to Plaintiff/Counter-Defendant, Health Business Solutions, LLC's Motion for Voluntary Dismissal Without Prejudice [D.E. 22] was filed on December 31, 2025.

4.     Health Business Solutions, LLC's Reply and Incorporated Memorandum of Law to Defendant/Counter-Plaintiff, Insight's Response in Opposition to Health Business Solutions, LLC's Motion for Voluntary Dismissal Without Prejudice [D.E. 28] was filed on January 7, 2026.

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on April 22, 2026, and served electronically via the Court's CM/ECF system on all attorneys of record.

**OLIVE JUDD, P.A.**
*Attorneys for Health Business Solutions, LLC*
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Phone: (954) 334-2250
Fax: (954) 334-2259

<u>/s/ Benjamin E. Olive</u>
Benjamin E. Olive, Esq.
bolive@olivejudd.com
Fla. Bar No.: 387983
Christian R. Leto, Esq.
Fla. Bar No.: 1048760
cleto@olivejudd.com
James M. Buis, Esq.
Fla. Bar No.: 1068447
jbuis@olivejudd.com