**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-62231-CIV-SINGHAL

HEALTH BUSINESS SOLUTIONS, LLC,
a Florida limited liability company,

      Plaintiff/Counter-Defendant

v.

INSIGHT CHICAGO, INC.,
an Illinois corporation.

      Defendant/Counter-Plaintiff

_____/

**<u>NOTIFICATION OF 90 DAYS EXPIRING</u>**

Health Business Solutions, LLC, by and through undersigned counsel, and pursuant to Local Rule 7.1.B.4, General Civil Case Filing Requirements, hereby files this Notification of 90 Days Expiring, and states:

1.    Health Business Solutions, LLC's Motion to Compel Arbitration of Insight Chicago, Inc.'s Counterclaim and to Stay These Court Proceedings and Incorporated Memorandum of Law [D.E. 16] has been pending and fully briefed with no hearing set for 90 days.

2.    Health Business Solutions, LLC's Motion to Compel Arbitration of Insight Chicago, Inc.'s Counterclaim and to Stay These Court Proceedings and Incorporated Memorandum of Law [D.E. 16] was filed on December 17, 2025.

3.    Defendant/Counter-Plaintiff, Insight Chicago Inc.'s Memorandum in Opposition to Plaintiff-Counterdefendant, Health Business Solutions, LLC's Motion to Compel Arbitration [D.E. 24] was filed on December 31, 2025.

4.    Health Business Solutions, LLC's and Memorandum of Law to Defendant/ Counter-Plaintiff, Insight's Memorandum in Opposition to Plaintiff/Counter-Defendant, Health

Business Solutions, LLC's, Motion to Compel Arbitration [D.E. 27] was filed on January 7, 2026.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on April 22, 2026, and served electronically via the Court's CM/ECF system on all attorneys of record.

**OLIVE JUDD, P.A.**
*Attorneys for Health Business Solutions, LLC*
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Phone: (954) 334-2250
Fax: (954) 334-2259

/s/ Benjamin E. Olive
Benjamin E. Olive, Esq.
bolive@olivejudd.com
Fla. Bar No.: 387983
Christian R. Leto, Esq.
Fla. Bar No.: 1048760
cleto@olivejudd.com
James M. Buis, Esq.
Fla. Bar No.: 1068447
jbuis@olivejudd.com