**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:25-cv-62231-AHS**

HEALTH BUSINESS SOLUTIONS, LLC,
a Florida limited liability company,

     Plaintiff/Counter-Defendant,

v.

INSIGHT CHICAGO, INC.,
a Foreign Profit Corporation,

     Defendant/Counter-Plaintiff,

_____/

### <u>PLAINTIFF/COUNTER-DEFENDANT HEALTH BUSINESS SOLUTIONS, LLC'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL</u>

Plaintiff/Counter-Defendant, Health Business Solutions, LLC ("HBS"), by and through the undersigned counsel and in accordance with Southern District of Florida Local Rules 11.1(d)(3)a) and 11.1(d)(4), hereby moves to substitute Peter R. Goldman, Esq. and Melissa J. Gibson, Esq., of the law firm of Nelson Mullins Riley & Scarborough LLP, with  Benjamin E. Olive, Esq., Christian R. Leto, Esq., and James M. Buis, Esq, of the law firm of Olive Judd, P.A., as sole counsel of record on HBS's behalf in the above-captioned case.

Upon an order granting this Motion, Benjamin E. Olive, Esq., Christian R. Leto, Esq., and Jamies M. Buis, Esq, Olive Judd, P.A., will be relieved of all further responsibilities in this matter. Undersigned counsel requests that copies of all pleadings, notices, documents, and correspondence of any kind be provided to the undersigned at the address and contact information listed below.

Peter R. Goldman, Esq. and Melissa J. Gibson, Esq.
Nelson Mullins Riley & Scarborough LLP
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, Florida 33304

4928-1583-7113 v.1

*Peter.Goldman@nelsonmullins.com*
*Melissa.Gibson@nelsonmullins.com*
*Stacy.Brown@nelsonmullins.com*
*Herold.Labissiere@nelsonmullins.com*

Accordingly, notice is hereby given that, subject to approval by the Court, HBS substitutes Peter R. Goldman, Esq. and Melissa J. Gibson, Esq., of the law firm of Nelson Mullins Riley & Scarborough LLP, with  Benjamin E. Olive, Esq., Christian R. Leto, Esq., and James M. Buis, Esq, of the law firm of Olive Judd, P.A., as its counsel of record in this case. HBS consents to this substitution.

A written consent to this substitution from HBS is attached as **Exhibit "A."** A proposed order granting the substitution of counsel is attached as **Exhibit "B."**

**Dated: July 9, 2026**.                    Respectfully submitted,

**OLIVE JUDD, P.A.**                    **NELSON MULLINS RILEY**
                                        **& SCARBOROUGH LLP**

By: */s/ Benjamin E. Olive*_____        By: */s/ Melissa J. Gibson*_____
Benjamin E. Olive, Esq.                    Peter R. Goldman, Esq.
Florida Bar No.: 387983                    Florida Bar No.: 860656
Christian R. Leto, Esq.                    Melissa J. Gibson, Esq.
Florida Bar No.: 1048760                   Florida Bar No.: 1010123
James M. Buis, Esq.                        100 S.E. 3rd Avenue, Suite 270
Florida Bar No.: 1068447                   Fort Lauderdale, FL 33394
2426 East Las Olas Blvd.                   Phone: (954) 745-5239
Fort Lauderdale, FL 33301                  Fax: (954) 761-8135
Phone: (954) 334-2250                      Peter.Goldman@nelsonmullins.com
Fax: (954) 334-2259                        Melissa.Gibson@nelsonmullins.com
bolive@olivejudd.com                       Stacy.Brown@nelsonmullins.com
cleto@olivejudd.com                        Herold.Labissiere@nelsonmullins.com
jbuis@olivejudd.com

4928-1583-7113 v.1

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel hereby certifies that, prior to filing this Motion, the undersigned conferred with all parties or non-parties who may be affected by the relief sought in this motion, and further states that no party objects to the proposed substitution of counsel.

By: */s/ Melissa Gibson*
Melissa J. Gibson, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2026, a true and correct copy of the foregoing was file with the Court's electronic filing CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record.

By: */s/ Melissa Gibson*
Melissa J. Gibson, Esq.

## SERVICE LIST

Benjamin E. Olive, Esq.
Fla. Bar No.: 387983
James M. Buis, Esq.
Fla. Bar No.: 1068447
Christian R. Leto, Esq.
Fla. Bar No.: 1048760
bolive@olivejudd.com
cleto@olivejudd.com
jbuis@olivejudd.com
**OLIVE JUDD, P.A.**
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Phone: (954) 334-2250
Fax: (954) 334-2259

George S. LeMieux, Esq.
Fla. Bar No. 16403
Lauren A. Marcil, Esq.
Fla. Bar No. 1002832
glemieux@gunster.com
eservice@gunster.com
mzayas@gunster.com
lshumate@gunster.com
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 468-1383

Saura J. Sahu, Esq. (pro hac vice)
sahu@clancyadvisors.com
**CLANCY ADVISORS, PLC**
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
Telephone: (734) 780-7595

-3-

4928-1583-7113 v.1