**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:25-cv-62231-AHS**

HEALTH BUSINESS SOLUTIONS, LLC,
a Florida limited liability company,

Plaintiff/Counter-Defendant,

v.

INSIGHT CHICAGO, INC.,
a Foreign Profit Corporation,

Defendant/Counter-Plaintiff,
_______________________________________/

**HEALTH BUSINESS SOLUTIONS, LLC'S UNOPPOSED REQUEST FOR STATUS CONFERENCE**

Plaintiff/Counter-Defendant, Health Business Solutions, LLC ("HBS") respectfully requests a status conference in this matter. HBS's Motion for Voluntary Dismissal Without Prejudice [D.E. 15] and Motion to Compel Arbitration [D.E. 16] remain pending and have been fully briefed for more than seven months. Because resolution of those motions will significantly affect how and in what forum this case proceeds, HBS respectfully requests a status conference to address the pending dispositive motions, including whether hearings may be appropriate, and the anticipated progression of the case. The undersigned counsel has conferred with counsel for Defendant/Counter-Plaintiff, Insight Chicago, Inc., who has advised that they do not oppose this request for status conference.

**Dated: August 25, 2026**.

Respectfully submitted,

**NELSON MULLINS RILEY**
**& SCARBOROUGH LLP**

By: /*s/ Melissa J. Gibson*____________
Peter R. Goldman, Esq.
Florida Bar No.: 860656
Melissa J. Gibson, Esq.
Florida Bar No.: 1010123
100 S.E. 3rd Avenue, Suite 270
Fort Lauderdale, FL 33394
Phone: (954) 745-5239
Peter.Goldman@nelsonmullins.com
Melissa.Gibson@nelsonmullins.com
Stacy.Brown@nelsonmullins.com
Herold.Labissiere@nelsonmullins.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2026, a true and correct copy of the foregoing was filed with the Court's electronic filing CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record.

By: */s/ Melissa Gibson*
Melissa J. Gibson, Esq.

**SERVICE LIST**

George S. LeMieux, Esq. (Fla. Bar No. 16403)
Lauren A. Marcil, Esq. (Fla. Bar No. 1002832)
glemieux@gunster.com
eservice@gunster.com
mzayas@gunster.com
lshumate@gunster.com
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 468-1383

Saura J. Sahu, Esq. (pro hac vice)
sahu@clancyadvisors.com
**CLANCY ADVISORS, PLC**
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
Telephone: (734) 780-7595