UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62231-CIV-SINGHAL

HEALTH BUSINESS SOLUTIONS, LLC,

Plaintiff/Counter-Defendant,

v.

INSIGHT CHICAGO, INC.,

Defendant/Counter-Plaintiff.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff/Counter-Defendant Health Business Solutions, LLC's Unopposed Request for Status Conference ("Motion") (DE [33]). Having reviewed the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1) Plaintiff/Counter-Defendant's Motion (DE [33]) is **GRANTED**.
2) A status conference will be held on **WEDNESDAY, SEPTEMBER 9, 2026, at 12:45 P.M** in **Courtroom 110** at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.
3) Considering time constraints and travel costs, if the parties prefer a Zoom conference, they shall jointly file an appropriate motion as soon as possible.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of September 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF