**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:25-cv-62231-AHS**

HEALTH BUSINESS SOLUTIONS, LLC,
a Florida limited liability company,

Plaintiff/Counter-Defendant,

v.

INSIGHT CHICAGO, INC.,
a Foreign Profit Corporation,

Defendant/Counter-Plaintiff,
_______________________________________/

**JOINT MOTION TO CONDUCT STATUS CONFERENCE VIA ZOOM**

The Parties, by and through their undersigned counsel, respectfully move the Court for an order permitting the status conference currently scheduled for September 9, 2026, to be conducted via Zoom videoconference, and in support state as follows:

1. On September 2, 2026, the Court entered its Order (D.E. 35) granting Health Business Solutions, LLC's Unopposed Request for Status Conference and setting a status conference for Wednesday, September 9, 2026, at 12:45 p.m. in Courtroom 110 at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

2. In that Order, the Court directed that, "[c]onsidering time constraints and travel costs, if the parties prefer a Zoom conference, they shall jointly file an appropriate motion as soon as possible." D.E. 35, ¶ 3.

3. Co-counsel for Defendant/Counter-Plaintiff, Insight Chicago, Inc., Saura J. Sahu, Esq. (pro hac vice), is located in Michigan. Requiring in-person attendance would impose substantial travel time and expense.

4. Accordingly, in the interest of conserving time and minimizing travel costs, all Parties and their respective counsel jointly request that the status conference be conducted via Zoom.

WHEREFORE, the Parties respectfully request that the Court enter an order permitting the September 9, 2026 status conference to be conducted via Zoom videoconference, and granting such other and further relief as the Court deems just and proper.

**Dated: September 4, 2026**.

Respectfully submitted,

**GUNSTER, YOAKLEY & STEWART, P.A.**

By: /s/ *George S. LeMieux*
George S. LeMieux, Esq.
Florida Bar No.: 16403
450 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Phone: (954) 468-1383
glemieux@gunster.com
mzayas@gunster.com
lshumate@gunster.com
eservice@gunster.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ *Melissa J. Gibson*
Peter R. Goldman, Esq.
Florida Bar No.: 860656
Melissa J. Gibson, Esq.
Florida Bar No.: 1010123
100 S.E. 3rd Avenue, Suite 270
Fort Lauderdale, FL 33394
Phone: (954) 745-5239
Peter.Goldman@nelsonmullins.com
Melissa.Gibson@nelsonmullins.com
Stacy.Brown@nelsonmullins.com

**CLANCY ADVISORS, PLC**

By: /s/ *Saura J. Sahu*
Saura J. Sahu, Esq. (pro hac vice)
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
Phone: (734) 780-7595
sahu@clancyadvisors.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2026, a true and correct copy of the foregoing was filed with the Court's electronic filing CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record.

By: */s/ Melissa J. Gibson*
Melissa J. Gibson, Esq.

**SERVICE LIST**

George S. LeMieux, Esq. (Fla. Bar No. 16403)
Lauren A. Marcil, Esq. (Fla. Bar No. 1002832)
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 468-1383
glemieux@gunster.com
eservice@gunster.com
mzayas@gunster.com
lshumate@gunster.com

Saura J. Sahu, Esq. (pro hac vice)
**CLANCY ADVISORS, PLC**
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
Telephone: (734) 780-7595
sahu@clancyadvisors.com