**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:25-cv-62231-AHS**

HEALTH BUSINESS SOLUTIONS, LLC,
a Florida limited liability company,

Plaintiff/Counter-Defendant,

v.

INSIGHT CHICAGO, INC.,
a Foreign Profit Corporation,

Defendant/Counter-Plaintiff,
_______________________________________/

**HEALTH BUSINESS SOLUTIONS, LLC'S NOTICE OF FILING LEGAL AUTHORITY REFERENCED BY ITS COUNSEL AT STATUS CONFERENCE**

Plaintiff/Counter-Defendant, Health Business Solutions, LLC ("HBS"), by and through undersigned counsel, respectfully hereby gives notice of providing the following legal authority:

- *Amargos v. Verified Nutrition LLC*, 653 F. Supp. 3d 1269 (S.D. Fla. 2023).
- *Kuffel v. Foursight Cap. LLC,* No. 8:26-cv-1761-KKM-AAS, 2026 WL 2263262, at *1 (M.D. Fla. Aug. 6, 2026).
- *Hendrix v. Allstate Ins. Co.*, No. 4:25-cv-00698-P-BP, 2026 WL 9492672, at *1 (N.D. Tex. Mar. 18, 2026).
- *Moore v. Townsquare Media, Inc.*, No. 7:25-cv-00297, 2026 WL 2372665, at *1 (W.D. Tex. Mar. 27, 2026).

**Dated: September 9, 2026**.

Respectfully submitted,

**NELSON MULLINS RILEY**
**& SCARBOROUGH LLP**

By: */s/ Peter R. Goldman*____________
Peter R. Goldman, Esq.
Florida Bar No.: 860656
Melissa J. Gibson, Esq.
Florida Bar No.: 1010123
100 S.E. 3rd Avenue, Suite 270
Fort Lauderdale, FL 33394
Phone: (954) 745-5239
Peter.Goldman@nelsonmullins.com
Melissa.Gibson@nelsonmullins.com
Stacy.Brown@nelsonmullins.com
Herold.Labissiere@nelsonmullins.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2026, a true and correct copy of the foregoing was filed with the Court's electronic filing CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record.

By: */s/ Peter R. Goldman*
Peter R. Goldman, Esq.

## SERVICE LIST

George S. LeMieux, Esq. (Fla. Bar No. 16403)
Lauren A. Marcil, Esq. (Fla. Bar No. 1002832)
glemieux@gunster.com
eservice@gunster.com
mzayas@gunster.com
lshumate@gunster.com
**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, FL 33301
Telephone: (954) 468-1383

Saura J. Sahu, Esq. (pro hac vice)
sahu@clancyadvisors.com
**CLANCY ADVISORS, PLC**
2723 S. State Street, Suite 150
Ann Arbor, MI 48104
Telephone: (734) 780-7595