UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62231-CIV-SINGHAL

HEALTH BUSINESS SOLUTIONS, LLC,

Plaintiff/Counter-Defendant,

vs.

INSIGHT CHICAGO, INC.,

Defendant/Counter-Plaintiff.
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court on Plaintiff/Counter-Defendant Health Business Solutions, LLC's ("HBS") Motion for Voluntary Dismissal Without Prejudice (the "Motion") (DE [15]). On December 17, 2025, HBS filed a Motion to Compel Arbitration of Defendant's Counterclaim (DE [16]). Simultaneously, HBS filed the present Motion to voluntarily dismiss its own claims to pursue them in arbitration under AAA Case No.: 01-25-000-93794.

In its Reply (DE [28]) to Defendant's Response in Opposition to the Motion, HBS represented its intention to withdraw the Motion "[i]n the event this Court concludes that HBS waived its right to arbitration on the Insurance-Pay MSA claims." (DE [28] p. 6). On September 17, 2026, the Court found that HBS had indeed waived its right to arbitration and therefore denied HBS's Motion to Compel Arbitration. *See generally* (DE [41]). Thus, the parties are now in agreement that HBS's claims should proceed before this Court. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that HBS's Motion for Voluntary Dismissal Without Prejudice (DE [15]) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of September 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF