# EXHIBIT “C”

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-62231-CIV-SINGHAL/AUGUSTIN-BIRCH

HEALTH BUSINESS SOLUTIONS, LLC,
a Florida limited liability company,

Plaintiff/Counter-Defendant,

v.

INSIGHT CHICAGO, INC.,
a Foreign Profit Corporation,

Defendant/Counterclaimant.
________________________________________/

**DECLARATION OF MELISSA J. GIBSON IN SUPPORT OF JOINT MOTION FOR EXTENSION OF PRETRIAL DEADLINES AND TO CONTINUE TRIAL DATE**

I, Melissa J. Gibson, declare as follows:

1. I am an attorney with Nelson Mullins Riley & Scarborough LLP, a member of The Florida Bar (Florida Bar No. 1010123), and counsel for Plaintiff/Counter-Defendant, Health Business Solutions, LLC ("HBS"), in this action. I am over the age of eighteen and have personal knowledge of the matters set forth in this Declaration, based on my participation in this case and my review of the file.
2. I submit this Declaration pursuant to Local Rule 7.6 in support of the Parties' Joint Motion for Extension of Pretrial Deadlines and to Continue Trial Date (the "Motion").
3. HBS substituted new counsel, including my firm, in July 2026. The Parties were unable to proceed with merits discovery in this Court from December 2025 until the Court ruled on

HBS's pending motions to compel arbitration and for voluntary dismissal on September 16 and 23, 2026, respectively.

4. Under the current schedule, initial disclosures are due November 24, 2026, and all fact and expert discovery must be completed by March 24, 2027, leaving approximately four months for all discovery.

5. HBS's claims involve up to at least four years of invoices and detailed billing records concerning thousands of patients and their bills, and the underlying financial transactions span almost five years.

6. The Parties anticipate that the relevant staff members and executives number approximately fifty or more potential witnesses. The Parties anticipate that there are likely at least twenty-five meaningful custodians of electronic data, holding potentially more than a million pages of records. The Parties anticipate at least eight to ten key lay witnesses and two to four expert witnesses per side, and a trial of approximately ten days.

7. Because the records at issue include patients' medical and financial information, the Parties must negotiate and submit a stipulated protective order before substantial document production can occur.

8. Under the current schedule, HBS's expert disclosures are due January 22, 2027, and Insight's are due February 24, 2027. The Parties' experts, including forensic accounting experts, cannot render meaningful opinions until the billing and financial records have been produced and analyzed, which cannot reasonably occur in the roughly two months between the exchange of initial disclosures and the first expert deadline, particularly given the intervening holiday season.

9. The case has been referred to mediation, which must be completed by March 31, 2027. A corresponding extension of the mediation deadline will allow the Parties to mediate with the benefit of the key billing records and expert analysis, which I believe will increase the likelihood of a productive mediation and conserve the resources of the Parties and the Court.

10. The Parties have acted diligently. They conferred regarding a discovery plan in December 2025, briefed the threshold arbitration and dismissal issues, attended the November 17, 2026 scheduling conference, and further conferred on these issues on November 20, 2026. The Motion is made jointly, in good faith, and not for purposes of delay.

11. No party will be prejudiced by the requested extension, which restores the time for discovery consumed while the threshold motions were pending. I believe a continuance of approximately four months is reasonably necessary to complete discovery and prepare this case for trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2026.

***/s/ Melissa J. Gibson***
Melissa J. Gibson